In the Matter of HAROLD MILBANK, an Attorney, Respondent.

First Department, February 7, 1941.

*Einar Chrystie*, for the petitioner.

*Charles A. Hickey*, for the respondent.

PER CURIAM. On December 19, 1940, in the Court of General Sessions of the County of New York, the respondent pleaded guilty to the crime of forgery in the third degree. Said crime is a felony. Pursuant to subdivision 3 of section 88 and section 477 of the Judiciary Law, therefore, he must be disbarred.

Present — MARTIN, P. J., O'MALLEY, TOWNLEY, GLENNON and UNTERMYER, JJ.

Respondent disbarred.